UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81620-AMC

HOWARD COHAN,

    Plaintiff,

vs.


DSS RESTAURANT MANAGEMENT, INC,
a Florida Profit Corporation,
d/b/a TWO GEORGES

    Defendant(s).

_____ /

## **NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, DSS RESTAURANT MANAGEMENT, INC, a Florida Profit Corporation, d/b/a TWO GEORGES, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED March 16, 2023.

| By: **/s/ Gregory S. Sconzo** | **By: s/ Justin C. Sorel** |
|---|---|
| Gregory S. Sconzo, Esq. | JUSTIN C. SOREL |
| Florida Bar No.: 0105553 | Florida Bar No.: 0016256 |
| Samantha L. Simpson, Esq. | COLE, SCOTT & KISSANE, P.A. |
| Florida Bar No.: 1010423 | Counsel for Defendant |
| Sconzo Law Office, P.A. | Esperante Building |
| 3825 PGA Boulevard, Suite 207 | 222 Lakeview Avenue, Suite 120 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Telephone (561) 383-9229 |
| Facsimile: (561) 491-9459 | Facsimile (561) 683-8977 |
| Email: greg@sconzolawoffice.com | Primary e-mail: justin.sorel@csklegal.com |
| Email: samantha@sconzolawoffice.com | Secondary e-mail: justin.sorel@csklegal.com |
| Secondary Email: alexa@sconzolawoffice.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by on this 16th day of March 2023 on all counsel or parties of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Gregory S. Sconzo
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com

2