**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81620-CIV-CANNON**

**HOWARD COHAN**,

      Plaintiff,

v.

**DSS RESTAURANT**
**MANAGEMENT, INC.,**

      Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement [ECF No. 14], filed on March 16, 2023, in which the parties advise that they have settled this matter.  The Court has carefully reviewed the file and is fully advised.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **April 17, 2023**.

2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 22-81620-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of March 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record