UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81620-AMC

HOWARD COHAN,

     Plaintiff,

vs.


DSS RESTAURANT MANAGEMENT, INC,
a Florida Profit Corporation,
d/b/a TWO GEORGES

     Defendant(s).

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, DSS RESTAURANT MANAGEMENT, INC, a Florida Profit Corporation d/b/a TWO GEORGES, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against DSS RESTAURANT MANAGEMENT, INC, a Florida Profit Corporation d/b/a TWO GEORGES; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

     RESPECTFULLY SUBMITTED March 20, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: s/ Justin C. Sorel** |
| Gregory S. Sconzo, Esq. | JUSTIN C. SOREL |
| Florida Bar No.: 0105553 | Florida Bar No.: 0016256 |
| Samantha L. Simpson, Esq. | COLE, SCOTT & KISSANE, P.A. |
| Florida Bar No.: 1010423 | Counsel for Defendant |
| Sconzo Law Office, P.A. | Esperante Building |
| 3825 PGA Boulevard, Suite 207 | 222 Lakeview Avenue, Suite 120 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Telephone (561) 383-9229 |
| Facsimile: (561) 491-9459 | Facsimile (561) 683-8977 |
| Email: greg@sconzolawoffice.com | Primary e-mail: justin.sorel@csklegal.com |
| Email: samantha@sconzolawoffice.com | Secondary e-mail: justin.sorel@csklegal.com |
| Secondary Email: alexa@sconzolawoffice.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by on this

20th day of March 2023 on all counsel or parties of record in this action via transmission of Notices

of Electronic Filing generated by CM/ECF.

**By: /s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com

2